Exhibit A



**From:** Matthew Miller <mmiller@meyersonlawfirm.com>
**Sent:** Monday, June 17, 2024 3:10 PM
**To:** LoriG <LGarrison@drsoloway.com>
**Cc:** Jack Meyerson <jmeyerson@meyersonlawfirm.com>; Alexander Del Greco <adelgreco@meyersonlawfirm.com>
**Subject:** RE: CGM Update Related to Change/Optum EDI Outage

This is great, thanks Lori. Do you have other emails from CGM? Those are the updates I am most interested in, if they do in fact exist.

Matthew L. Miller, Esq.
Meyerson & Miller

1600 Market Street
Suite 1305
Philadelphia, Pa. 19103
(215) 972-1376  x103
(215) 972-0277  Fax

www.meyersonlawfirm.com

---

**From:** LoriG <LGarrison@drsoloway.com>
**Sent:** Monday, June 17, 2024 2:26 PM
**To:** Matthew Miller <mmiller@meyersonlawfirm.com>
**Subject:** FW: CGM Update Related to Change/Optum EDI Outage

This is our EMR/PM company.  I'm working on this now for you.

---

**From:** CompuGroup Medical <inquiries@info-us.cgm.com>
**Sent:** Thursday, February 22, 2024 6:40 PM
**To:** Accounting <Accounting@drsoloway.com>
**Subject:** CGM Update Related to Change/Optum EDI Outage



## Change/Optum EDI Outage Update

Due to a cyber security issue at Change Healthcare/Optum Solutions, for those transactions that we send to them, you will experience a delay/interruption. This may include patient eligibility requests, claims, claim attachments and responses, ERAs, and statements until the issue at Change/Optum is resolved. In order to protect sensitive data, Change/Optum has shut down access to its systems.

- This is a nationwide outage affecting one of the largest processors of healthcare transactions in the US, so the issue is not exclusive to eMEDIX, eMDs, or CompuGroup Medical.

- The outage is expected to last at least throughout today (February 22, 2024)
- If you are an eMEDIX EDI customer, we will hold claims and then forward them automatically when the issue is resolved. Our team has prepared **this document** with guidance on how you can check the status of claims and eligibility sent to us.

Updated information is available at Optum Solutions Status - Update: Some applications are experiencing connectivity issues. (changehealthcare.com)

CompuGroup Medical will provide additional information to our customers as we learn more.

Follow us:

      

© CompuGroup Medical, Inc.

10901 Stonelake Blvd., Suite 200, Austin, TX 78759

If you do not wish to receive future emails, manage your subscriptions here.

13026503

NOTICE: This email message and any attachments hereto contain confidential information and may be protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, you must not review, disclose, copy, disseminate, distribute or use any of the information contained in, or attached to this email transmission. If you have received this email in error, please notify the sender immediately via email response or by telephone at (215) 972-1376 and then delete the message and its attachment(s) from your computer. Thank you.

Exhibit B



**From:** Aetna Provider Communications <Aetna_ProviderCommunications@provider.aetna.com>
**Sent:** Tuesday, February 27, 2024 6:29 PM
**To:** LoriG <LGarrison@drsoloway.com>
**Subject:** Change Healthcare outage - view the latest from Aetna

Trouble viewing this? **Read it online**.



# Aetna® update on Change Healthcare outage

February 27, 2024

On February 21, Change Healthcare took several of their services offline in response to a cyber security incident they experienced. This is impacting certain Aetna business operations, as well as the operations of other companies nationally. There is no indication that Aetna's systems have been compromised. We're committed to ensuring access to care as we navigate through this network disruption. We have business continuity plans in place to minimize disruption of service and apologize for any inconvenience our network providers and members may experience. We will continue to utilize our business continuity plans to minimize disruption until the Change Healthcare services are restored.

Aetna uses Change Healthcare as an intermediary for certain Electronic Data Interchange (EDI) transactions across all of our lines of business. Additionally, we are aware that many of our Aetna network providers may use Change Healthcare to transmit claims information to us. This bulletin provides information to our network providers that are experiencing impact from the Change Healthcare network disruption.

Below is a set of **Frequently Asked Questions** that address the mitigation plans in place for providers to complete transactions with Aetna during the Change Healthcare outage. It is based on what is currently known and we will continue to share additional information as it becomes available.

## What mitigation plans are in place for claims submissions while the outage continues?

**For Aetna Commercial, Individual & Family Plan and Medicare**: Aetna network providers who directly use Change Healthcare for EDI transactions to transmit information to Aetna should try to stay "digital first" and use one of our other business partners for their electronic transactions until Change's outage is resolved. Here is a **list** of our approved electronic transaction vendors.

Providers can also use our existing medical provider portal hosted by **Availity** or dental provider portal hosted by **Dental Exchange** for electronic claims submission.

If providers work through a billing partner, practice management system or other vendor partner, they likely can advise on an alternate connection method for electronic transactions with Aetna.

Finally, when digital submission isn't possible, providers can also reach out to our Aetna provider contact centers about submitting paper claims.

A **list of phone numbers** is available for providers to select from based on the specific transaction they are calling about.

**For Aetna Better Health (Medicaid) plans**: Providers need to use Office Ally for electronic claims submissions.

## How do network providers get access to Availity?

Providers need to register to use Availity; many of our network providers already are registered, but do not currently use the portal. Availity offers provider training, and Aetna is considering any additional support needed. It's important to keep in mind this outage has a nationwide industry impact. Availity is a multi-payer portal and has confirmed with Aetna they are prepared to handle an increased volume of digital transactions.

**Get started with Availity**

## How do providers get access to Office Ally?

Providers can register **here** for Office Ally.

## Will Aetna extend or waive "timely filing" policies on claims processing?

We are assessing the need for this based on current claims submission activity.

## How will "timely filing" deadline impacts be handled for claims that may be submitted past a timely filing deadline due to the outage?

We are assessing the need for this based on current claims submission activity. Any changes will be communicated to providers.

## For providers who are submitting claims through a trading partner or directly to Change Healthcare, will they have to resubmit those claims, or will they ultimately be delivered to Aetna?

We are working to assess the impact to claims that may have been submitted during the outage and will provide an update when more information is available.

## What alternative methods do providers have to submit "member eligibility and benefits" checks?

**For Aetna Commercial, Individual & Family Plan and Medicare**: Network providers who directly use Change Healthcare for EDI transactions to submit to Aetna should stay "digital first" and use one of our other business partners for their electronic transactions until Change's outage is resolved. Here is a **list** of our approved electronic transaction vendors.

Providers can also use our existing medical provider portal hosted by **Availity** or dental provider portal hosted by **Dental Exchange** or electronic member eligibility and benefit checks.

If providers work through a billing partner, practice management system or other vendor partner, they likely can advise on an alternate connection method for electronic transactions to Aetna.

Finally, when digital submission isn't possible, providers can utilize Aetna's Voice Advantage system. A **list of phone numbers** is available for providers to select from based on the specific transaction they are calling about.

**For Aetna Better Health (Medicaid) plans:** Providers need to use Availity to submit electronic member eligibility and benefits.

## How can providers submit prior authorizations to Aetna during the Change Healthcare outage?

**For Aetna Commercial, Individual & Family Plan and Medicare**: Network providers who directly use Change Healthcare for EDI transactions to submit to Aetna should stay "digital first" and use one of our other business partners for their electronic transactions until Change's outage is resolved. Here is a **list** of our approved electronic transaction vendors.

Providers can also use our existing medical provider portal hosted by **Availity** or dental provider portal hosted by **Dental Exchange** or electronic member eligibility and benefit checks.

If providers work through a billing partner, practice management system or other vendor partner, they likely can advise on an alternate connection method for electronic transactions to Aetna.

Finally, when digital submission isn't possible, providers can utilize Aetna's Voice Advantage system. A **list of phone numbers** is available for providers to select from based on the specific transaction they are calling about.

**For Aetna Better Health (Medicaid) plans:** Providers need to use Availity to submit electronic member eligibility and benefits.

## Will you start to temporarily liberalize some policies such as prior authorization requirements to help further ensure member access to care while the outage continues?

We are not liberalizing any policies at this time. We have assessed the situation over the last few days and the alternative processes in place – in addition to available Aetna phone call support – should help us manage this important utilization management step with our network providers during this time. If this changes, we will provide an update.

## What mitigation plans are in place for provider payments?

We are aware that some providers across our lines of business and affiliates may not be getting timely payments at this time, and we take this very seriously. At this time, we're exploring contingency payment options, particularly for providers in our Medicaid plans who receive payment via paper check and are enrolled in the Virtual Credit Card program.

## Will interest payments be included in any payments that are past "timely payments" deadlines as a result of this outage?

We are working to assess the impact to claim payments and will share more at a later date.

Aetna® is the brand name used for products and services provided by one or more of the Aetna group of companies, including Aetna Life Insurance Company and its affiliates (Aetna).

Health plans are offered or underwritten or administered by Coventry Health Plan of Florida, Inc., Aetna Health Inc. (Georgia), Aetna Life Insurance Company, Aetna Health of Utah Inc., Aetna Health Inc. (Pennsylvania), or Aetna Health Inc. (Texas) (Aetna). Aetna is part of the CVS Health family of companies.

**Help/contact us:**
If you have any questions, please **contact us**.

Want to stop receiving messages like these through email? **Unsubscribe** at any time.

We are located at 151 Farmington Avenue, Hartford, CT 06156.

**Privacy Statement** | **Terms of Use** | **Privacy Information** | **Member Disclosure**

©2024 Aetna Inc.

3222355-01-01 (02/24)

Exhibit C

**From:** Horizon Blue Cross Blue Shield of New Jersey <DoNotReply@email.horizonblue.com>
**Sent:** Wednesday, February 28, 2024 9:31 AM
**To:** LoriG <LGarrison@drsoloway.com>
**Subject:** Important Information for Claims Submission

_____



# Provider Claims Submissions Update Due to Change Healthcare Issue

As you know, Change Healthcare has been significantly impacted by a cyber security issue, which is also affecting the business operations of many companies nationwide, including Horizon. This is not a Horizon incident, and at this time, there is no indication that our systems have been compromised. Once we became aware of the incident, we disconnected our systems from Change Healthcare and are reviewing the impact to our business operations.

One key impact is related to provider claim submissions that have been disrupted by the Change Healthcare incident. Should you decide to change your EDI claim submission from Change Healthcare, Horizon can accept EDI claims from the following clearinghouses:

**Ability Network**
1-973-796-1521
www.abilitynetwork.com

**Availity LLC**
1-800-282-4548
enrollments@availity.com

**CLAIMMD**
1-855-757-6060

support@claimmd.com

**CUREMD**
1-212-852-0279
enrollment@curemd.com

**EProvider Solutions**
support@eprovidersolutions.com

**Experian**
1-224-698-5600
experian.com/healthcare/

**Healthcare IP**
payers@healthcareip.com

**Office Ally**
1-360-975-7000
support@officeally.com

**Practice Insight**
enrollment@practiceinsight.net

**Zirmed**
ENROLLMENT@ZIRMED.com

Please contact these clearinghouses directly for more information.

We know the Change Healthcare cyber security incident has created disruption across the health care environment and we remain committed to working with our provider partners to ensure that our members haven access to the care they need.

This is an automated message. Please do not reply to this email. If you have received this communication in error, please forward the email to the appropriate contact at your practice or facility and update your email information with us. You can update your practice or facility email address(es) and other demographic information by using our Provider Data Maintenance Tool or Data Submission Template. Ancillary providers can also contact their Horizon Ancillary Contract Specialist.

Products are provided by Horizon Blue Cross Blue Shield of New Jersey; Horizon Insurance Company; Horizon Healthcare of New Jersey, Inc.; Horizon Healthcare Dental; Horizon Casualty Services, Inc.; Horizon NJ Health; and/or Braven Health. Each company is an independent licensee of the Blue Cross Blue Shield Association. Communications may be issued by Horizon Blue Cross Blue Shield of New Jersey in its capacity as administrator of programs and provider relations for all its companies.

The Blue Cross® and Blue Shield® names and symbols are registered marks of the Blue Cross Blue Shield Association. The Horizon® name and symbols are registered marks of Horizon Blue Cross Blue Shield of New Jersey. The Braven Health℠ name and symbols are service marks of Braven Health. © 2024 Horizon Blue Cross Blue Shield of New Jersey and Braven Health. Three Penn Plaza East, Newark, New Jersey 07105.

ECN0011359 (0324)

Click Here To View In Browser

Exhibit D



**From:** Jewell, Julia <Julia.Jewell@CGM.com>
**Sent:** Wednesday, March 6, 2024 12:55 PM
**To:** LoriG <LGarrison@drsoloway.com>
**Subject:** 840268600 BWL Missing Horizon BC Remits

Hello! I wanted to follow up with you in regards to ticket 840268600, BWL Missing Horizon BC Remits.

Below you will find the latest update on the Change/Optum EDI issue.

Attention: All eMEDIX Customers

Type: Alert

Status: Update

Message: Change's systems continue to be down due to a cyber-security event. As a courtesy to our customers we will continue to provide updates as we learn more from Change and offer solutions for you.

· CGM has published a [Change Healthcare Outage FAQs](#)document with information about the outage, what we're doing, and options for customers. Please bookmark this page. We will update it with new information based upon community input and further information from Change/Optum.
· CGM's eMEDIX clearinghouse has successfully rerouted the majority of claims going to payers. The eMEDIX payer list is available at  [online.emedixus.com/payer-list](#)
· You can monitor the overall status of the outage at [status.changehealthcare.com](#)

Thank you for attention.

Your Partner,
CompuGroup Medical


On the FAQ document, it discusses ERAs. I have provided that information below for your reference.

**What about ERAs for payments?**

ERAs that are routed through Change to our systems will not be available while their system is down. You will be able to go to payer portals that provide these and download from those sites and then upload into your practice management systems. Keep in mind that once ERAs start coming through automatically, you will need to ensure these ERAs are not posted. Please contact Support for assistance if you do not know how to import or revoke automatically posted remits.

At this time all related support tickets will be closed.  You may monitor future updates on the landing page of your CGM Portal.


Please reach out if you have additional questions or need further assistance.

Thank You!


**Julia Jewell**
Support Manager



Office  +1 (855) 270-6700

[Julia.Jewell@cgm.com](mailto:Julia.Jewell@cgm.com)
**[www.cgm.com/us](#)**

**Synchronizing Healthcare**

**Before printing, think about the environment.**

**CompuGroup Medical Confidentiality Notice:** The information contained in this message, including any attachments, is confidential and may contain Protected Health Information or may be otherwise legally privileged. This message is intended solely for the addressee(s). If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited, may be unlawful and may subject you to liability. If you have received this message in error, please contact the sender by return phone, email or fax and destroy all copies of the original message.

Exhibit E



**From:** Aetna Provider Communications <Aetna_ProviderCommunications@provider.aetna.com>
**Sent:** Thursday, April 11, 2024 7:22 PM
**To:** LoriG <LGarrison@drsoloway.com>
**Subject:** Update about Change Healthcare Service Interruption

Trouble viewing this? **Read it online**.





# Change Healthcare service interruption update

We remain grateful to you, our network providers, for your patience and flexibility as we worked carefully and quickly to restore operations impacted by the Change Healthcare (CHC) service interruption that occurred on Feb. 21. Our focus throughout has been to restore impacted operations as quickly as possible to support providers and ensure access to care for our members.

**As of April 10, we restored our connection to the Change Healthcare Electronic Remittance Advice distribution service.** This means:

For Commercial, Individual and Family Plans, and Medicare:

- Providers that did not select a different vendor to receive ERA files from Aetna during the service interruption began receiving ERA files on a go-forward basis starting on April 10.
- If you submitted a form to enroll with a different vendor to receive your ERA files and you have not heard back, please be patient. We are working to process all submitted requests as quickly as possible. Once your form is processed, you will begin receiving ERAs based on your selection.

- We will send ERA files to CHC that were held going back to Feb. 21 and not reissued to another vendor due to a provider-initiated ERA Enrollment.
- If you have previously used an EOB or some other means to update claims within your revenue cycle management system, it is important to be aware of any duplication impact that may be caused by downloading the ERAs for these claims. Please check with your system's vendor to discuss impact prior to downloading older ERAs.

For Aetna Better Health (Medicaid) plans:

- Providers will continue to receive their ERA files from the clearinghouse on file with ECHO Health or via the ECHO Health portal. Providers that want to update their payment/ERA distribution preferences with ECHO Health for Medicaid claims payment may do so **here**.
- Access to historical remits/ERAs processed prior to the CHC outage are still impacted. We are continuing to work closely with CHC to understand their recovery timeline and assess alternate solutions as more capabilities become available.

**Have questions?**

We will continue to update the provider bulletin as we have additional information to share. You can view the latest bulletin **here.**

**Aetna® is the brand name used for products and services provided by one or more of the Aetna group of companies, including Aetna Life Insurance Company and its affiliates (Aetna).**

**Help/contact us:**
If you have any questions, please **contact us**.

Want to stop receiving messages like these through email? **Unsubscribe** at any time.

We are located at 151 Farmington Avenue, Hartford, CT 06156.

**Privacy Statement** | **Terms of Use** | **Privacy Information** | **Member Disclosure**

©2024 Aetna Inc.

XXXXXXXX-XX-XX (XX/23)

Exhibit F



**From:** GEHA <GEHA@info.geha.com>
**Sent:** Wednesday, May 29, 2024 11:05 AM
**To:** LoriG <LGarrison@drsoloway.com>
**Subject:** CHC Update - Aetna Network Provider / GEHA claims submission process



Aetna Network Provider,

On Feb. 20, 2024, Change Healthcare (CHC) experienced a cyber incident that resulted in a disruption to services. As a result, if you attempted to submit an electronic claim to CHC for the GEHA-ASA Payer ID 06603 on or after Feb. 20, 2024, CHC will not have a record of that transaction, and you would not have received a rejection notice.

An alternate method has been identified to restore the clearinghouse services that were disrupted so that claims can be received by Aetna Signature Administrators and processed. Migrating to a new system takes time and thorough quality assurance to ensure no additional unintended impacts to member and provider services. Implementation efforts are underway and we expect that this functionality will be restored in mid-June.

We will send a follow-up notification once GEHA-ASA Payer ID 06603 has been restored. Following the restoration of clearinghouse services, you will need to resubmit any claims with a **2023 service date**.

Please note, effective for the 2024 plan year, GEHA now partners with UnitedHealthcare's Choice Plus network across our five medical plans. **Claims with a service date in 2024 should be submitted per the EDI information on the back of the member's ID card, and should not be submitted through the GEHA-ASA Payer ID.**

GEHA will provide updates to the restoration of the impacted clearinghouse services, as well as provider-specific FAQs, at **geha.com/CHC**.

Thank you,

GEHA

You received this email at **lgarrison@drsoloway.com**. You can use these links to **one-click unsubscribe**, **change your email address** or **update your communication preferences**. For more information, see our **Privacy Policy**

© 2024 Government Employees Health Association, Inc. All rights reserved.

GEHA
310 NE Mulberry St.
Lee's Summit, MO 64086-5861
**Privacy policy** | **Contact us** | **One-click unsubscribe**
**Click to view this email as a web page**